March 3, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JOSEPH COX AND ROXANNE TOMAIOLO, Appellants

NO. 14-14-01004-CV                                    V.

GALVESTON COUNTY WATER CONTROL & IMPROVEMENT DISTRICT #12 AND MUNICIPAL DISTRICT SERVICES, LLC, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 22, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Joseph Cox and Roxanne Tomaiolo.

We further order this decision certified below for observance.